IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:15-cv-5885 |
| vs. | ) ) | Judge: Charles P. Kocoras |
| VARIOUS JOHN DOES, individuals, VARIOUS JANE DOES, individuals, and XYZ COMPANY, business entity form unknown, inclusive, | ) ) ) ) ) | Magistrate Judge: Susan E. Cox |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff Global Merchandising Services, Ltd. voluntarily dismisses the above captioned action without prejudice.

Dated: July 9, 2015

Respectfully Submitted,
GLOBALMERCHANDISING SERVICES, LTD
By:  /s/ Joseph J. Bogdan
Joseph J. Bogdan, Esq.
1322 S. Wabash Avenue, Suite 806
Chicago, Illinois 60605
Telephone: (312) 450-4655
Facsimile: (312) 275-7782

Cara R. Burns, Esq.
Hicks, Mims, Kaplan & Burns
2800 28th Street, Ste 383
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1724